**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

Before the Court are appellant's May 1, 2014 motion to abate all actions pending move and May 2, 2014 motion to lift abatement and notice of new address. In his motion to lift abatement, appellant asserts he has had "erratic" mail delivery and requests copies of all orders, motions, and "other" filed in this appeal.

We note appellant's new address is reflected in our case management system. We **GRANT** appellant's motion to lift abatement to the extent we **DIRECT** the Clerk of the Court to send appellant copies of the Court's March 31, 2014 letter and April 15, 2014 order. We **DENY** as moot appellant's motion to abate.

/s/    ELIZABETH LANG-MIERS
         JUSTICE